# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHEN A. THOMAS, PLC,, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 07-12074 |
| v. | Honorable PAUL D. BORMAN |
| THE BANKRUPTCY ESTATE OF MURPHY JONES, | |
| Defendant.         / | |

■ **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  the Court **AFFIRMS** the Bankruptcy Court's Order.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Attorneys of Record

Date   11/30/07                               David Weaver, Clerk of Court

                                              s/Denise Goodine
                                              Deputy Clerk